PROB 12C
(7/93)

Report Date: August 5, 2010

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG - 6 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michelle Fawn Wakwak          Case Number: 2:06CR02004-001 LRS

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 7/27/2006

Original Offense:       Crime on Indian Reservation - Assault, 18 U.S.C. §§ 1153 & 113

Original Sentence:      Prison - 37 Months; TSR - 36      Type of Supervision: Supervised Release
                        Months

Asst. U.S. Attorney:    Gregory M. Shogren                Date Supervision Commenced: 11/7/2008

Defense Attorney:       Amanda Bjur                       Date Supervision Expires: 11/6/2011

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 6/24/2010.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 7 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Michelle Wakwak was charged with first degree driving without a valid driver's license and operating a motor vehicle without an ignition interlock system on June 22, 2010, Yakima County District Court case number XY0171439. |
| | On July 19, 2010, the defendant appeared in court for arraignment and was ordered detained. Bail is currently set at $2,500. Her next court date is scheduled for August 9, 2010. |

Prob12C  
Re: Wakwak, Michelle Fawn  
August 5, 2010  
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 5, 2010

s/Jose Vargas

Jose Vargas  
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action  
[ ] The Issuance of a Warrant  
[ ] The Issuance of a Summons  
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ] Other

Signature of Judicial Officer

8/5/10  
Date